# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA BUCKNER,

       Plaintiff,               :         Case No. 3:11-cv-320

    -vs-                                     Magistrate Judge Michael R. Merz

                                   :

MONTGOMERY COUNTY JOBS
AND FAMILY SERVICES DIVISION,
 et al.,

       Defendants.

## ORDER

This case is before the Court on Plaintiff's Request for Answers to Interrogatories, Admissions, and Request for Production of Documents (Doc. No. 15).

The Clerk has docketed this filing as a motion, but it is not properly thus docketed because it does not ask for any order from the Court. See Fed. R. Civ. P. 7(b)(1).

The document is stricken because it is a discovery request which is not permitted to be filed under Fed. R. Civ. P. 5(d)(1). This Order is without any determination on the merits of any of the requests made because it is not appropriate for the Court to do so at this time, since no one has made any request for court action. In other words, the striking of the document has no impact on the responsibility of the parties to respond under the Federal Rules of Civil Procedure.

December 2, 2011.

                                                               s/ **Michael R. Merz**
                                                              United States Magistrate Judge