# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA BUCKNER,

       Plaintiff,              :        Case No. 3:11-cv-320

    -vs-                                          Magistrate Judge Michael R. Merz

                                      :

MONTGOMERY COUNTY JOBS
AND FAMILY SERVICES DIVISION,
 et al.,

       Defendants.

## DECISION AND ORDER REGARDING DISCOVERY

This case is before the Court on Plaintiff's Request for a Motion to Compel Discovery (Doc. No. 25) and Defendants' Response in Opposition (Doc. No. 26). In order to eliminate the confusion around discovery in this case, it is hereby ORDERED:

1. Fed. R. Civ. P. 5 notwithstanding, all requests for discovery (referred to by Plaintiff as "discovery tools") or responses to requests for discovery shall be filed with the Clerk.

2. Defendants shall respond to all of Plaintiff's currently outstanding discovery requests no later than February 15, 2012.

3. Plaintiff need not send the Court copies of documents sent to the Clerk. Each document sent to the Clerk is scanned and added to the docket so that the Court immediately has access to it.

4. No further relief will be granted on Plaintiff's Motion to Compel.

January 25, 2012.

                                                                s/ **Michael R. Merz**
                                                              United States Magistrate Judge