# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA BUCKNER, | : | |
| Plaintiff, | : | Case No. 3:11-cv-320 |
| | : | |
| -vs- | | Magistrate Judge Michael R. Merz |
| | : | |
| MONTGOMERY COUNTY JOB AND | | |
| FAMILY SERVICES DIVISION, et al., | : | |
| Defendants. | : | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Montgomery County Board of Commissioners, Montgomery County Job and Family Services Division filed with the Court on January 31, 2012, a motion to dismiss for failure to state a claim in this case [Doc # 30].  You should receive a copy of the motion directly from the Defendants.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (February 21, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.  Your response must be filed with the Court not later than February 24, 2012.

February 1, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge