# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA BUCKNER,

    Plaintiff,

Case No. 3:11-cv-320

    -vs-

Magistrate Judge Michael R. Merz

:

MONTGOMERY COUNTY JOBS
AND FAMILY SERVICES DIVISION,
 et al.,

    Defendants.

## DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION

This case is before the Court on Plaintiff's Motion for Re-consideration of Protective Order (Doc. No. 68).

Plaintiff claims that she is not in possession of Doc. Nos. 54 and 55 and again accuses the Court of considering ex parte communications in dealing with these documents. The referenced documents were filed on June 15, 2012. Each includes the required certificate of service. The Clerk is ordered to mail paper copies of those documents to Plaintiff with her copy of this Order. Plaintiff's request that the Court vacate any decisions pertaining to those documents is denied.

The Motion for Reconsideration is denied and Plaintiff is ordered to sign the medical releases forthwith and return them to Defendants' counsel. Plaintiff is cautioned that failure to obey this Order will result in sanctions, which may include a finding that she is in contempt of court and/or an order dismissing the case with prejudice.

August 8, 2012.

                                            s/ *Michael R. Merz*
                                        United States Magistrate Judge