# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA BUCKNER,

      Plaintiff,                        Case No. 3:11-cv-320

      -vs-                                Magistrate Judge Michael R. Merz

                                :

MONTGOMERY COUNTY JOBS
AND FAMILY SERVICES DIVISION,
 et al.,

      Defendants.

## ORDER SETTING HEARING

This case is before the Court on Defendants' Motion to Compel (Doc. No. 73) which avers that Plaintiff has not yet complied with this Court's Order of July 30, 2012, that she answer Defendants' Interrogatories in writing and under oath not later than August 15, 2012.

This Motion is set for hearing in Courtroom No. 4, 200 West Second Street, at 1:30 p.m. on Wednesday, September 5, 2012.  Plaintiff and Defendants' counsel are required to be present.

August 27, 2012.

                                               s/ *Michael R. Merz*
                                            United States Magistrate Judge