# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA BUCKNER,
:
    Plaintiff,                                             Case No. 3:11-cv-320

    -vs-                                              :               Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY JOB AND
FAMILY SERVICES DIVISION, et al.,
:
    Defendants.

## ORDER TO PRO SE PLAINTIFF UPON FILING OF A MOTION FOR SUMMARY JUDGMENT

      You are hereby notified that Defendants filed with the Court on November 2, 2012, a motion for summary judgment in this case [Doc # 85]. You should receive a copy of the motion directly from the Defendants.

      Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (November 2, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than November 26, 2012.

November 2, 2012.

                                                                      *s/ Michael R. Merz*
                                                           United States Magistrate Judge